ACCEPTED
06-15-00044-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/21/2015 4:04:48 PM
DEBBIE AUTREY
CLERK

**Cause No. 06-15-00044-CV**

_____

IN THE COURT OF APPEALS
FOR THE SIXTH DISTRICT OF TEXAS
AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/21/2015 4:04:48 PM
DEBBIE AUTREY
Clerk

_____

BURLINGTON RESOURCES OIL & GAS COMPANY, LP,

*Appellant,*

v.

PETROMAX OPERATING CO., INC., WOODBINE ACQUISITION, LLC,
PETRO TEXAS, LLC, CH4 ENERGY II, LLC, AND
TEXCAL ENERGY SOUTH TEXAS, L.P.

*Appellees.*

_____

On Appeal from the 12th Judicial District Court
Madison County, Texas, Cause No. 12-13130-012-10

_____

**NOTICE OF APPEARANCE OF LEAD COUNSEL FOR APPELLEE
TEXCAL ENERGY SOUTH TEXAS, L.P.**

_____

Pursuant to Texas Rule of Appellate Procedure 6.1, the undersigned counsel
file this Notice of Appearance of Lead Counsel for Appellee TexCal Energy South
Texas, L.P., and respectfully ask that the clerk of court so reflect their appearance
on the docket of this matter.

1

Deborah G. Hankinson
State Bar No. 00000020
dhankinson@hankinsonlaw.com
Stephanie Dooley Nelson
State Bar No. 24002006
Hankinson LLP
snelson@hankinsonlaw.com
750 North St. Paul St., Suite 1800
Dallas, Texas  75201
214.754.9190
214.754.9140 (fax)

Please note that Jesse R. Pierce and Brian K. Tully of the law firm of Pierce & O'Neill, LLP will remain as additional counsel for Appellee TexCal Energy South Texas, L.P. in this appeal.

Respectfully submitted,

/s/ *Stephanie Dooley Nelson*

JESSE R. PIERCE
State Bar No. 15995400
jpierce@pierceoneill.com
Brian K. Tully
State Bar No. 24039217
btully@pierceoneill.com
Pierce & O'Neill, LLP
4203 Montrose Blvd.
Houston, Texas  77006
Telephone:  713-634-3600
Facsimile:  713-634-3601

DEBORAH G. HANKINSON
State Bar No. 00000020
dhankinson@hankinsonlaw.com
STEPHANIE DOOLEY NELSON
State Bar No. 24002006
snelson@hankinsonlaw.com
HANKINSON LLP
750 North St. Paul St., Suite 1800
Dallas, Texas  75201
Telephone:  214-754-9190
Facsimile:  214-754-9140

*Attorneys for Appellee*
*TexCal Energy South Texas, L.P.*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served upon the following persons via electronic service on this 21st day of December, 2015:

**Attorneys for Appellant Burlington Resources Oil & Gas Company, LP:**

Kirsten M. Castenada
kcastaneda@adjtlaw.com
Alexander Dubose Jefferson & Townsend, LLP
4925 Greenville Avenue, Suite 510
Dallas, Texas  75206

Roger D. Townsend
rtownsend@adjtlaw.com
Alexander Dubose Jefferson & Townsend, LLP
1844 Harvard Street
Houston, Texas  77008

Fred Hagans
fhagans@hagans-law.com
Kendall C. Montgomery
kmontgomery@hagans-law.com
Hagans Burdine Montgomery & Rustay, P.C.
3200 Travis, Fourth Floor
Houston, TX  77006

John R. Mercy
jmercy@texarkanalawyers.com
Mercy Carter Tidwell, L.L.P.
1724 Galleria Oaks Drive
Texarkana, Texas  75503

Vincent L. Marable III
trippmarable@sbcglobal.net
Paul Webb, P.C.
221 N. Houston Street
Wharton, Texas  77488

**Attorneys for Appellee Woodbine Acquisition, LLC n/k/a MD America Energy, LLC:**

Greg W. Curry
Greg.Curry@tklaw.com
Gregory D. Binns
Gregory.Binns@tklaw.com
Richard B. Phillips, Jr.
Rich.Phillips@tklaw.com
Thompson & Knight LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX  75201-2533

Jeffrey C. Lewis
Atchley, Russell, Waldrop &
    Hlavinka, L.L.P.
1710 Moores Lane
Texarkana, Texas  75503

**Attorneys for Appellees PetroMax Operating Co., Petro Texas, LLC, CH4 Energy II, LLC**:

David J. Beck
dbeck@beckredden.com
David M. Gunn
dgunn@beckredden.com
Thomas E. Ganucheau
tganucheau@beckredden.com
Beck Redden LLP
1221 McKinney Street, Suite 4500
Houston, TX  77010-2010

**Attorneys for Appellee PetroMax Operating Co., Inc.:**

Brad D'Amico
bd@canteyhanger.com
Cantey Hanger LLP
1999 Bryan Street, Suite 3300
Dallas, TX  75201

/s/ *Stephanie Dooley Nelson*
Stephanie Dooley Nelson